# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JESUS MANZO ET. AL., <br><br> Plaintiff, <br> vs. <br><br> COUNTY OF SAN DIEGO, ET. AL., <br><br> Defendants. | CASE NO. 06CV0060 BTM (WMC) <br><br> ORDER RE OSC AND GRANTING MOTION FOR SUMMARY JUDGMENT ON CLAIMS BROUGHT ON BEHALF OF THE ESTATE OF MANZO |

On August 15, 2008, the Court ordered the parties to show cause why the claims brought by the estate of Manzo should not be dismissed for lack of standing. Specifically, the Court noted that the claims on behalf of the estate of Manzo were brought by Maria Maldinado despite the fact that there was no evidence that Maria Maldinado was either the personal representative of or successor in interest to Jesus Manzo under California law.

The Court has reviewed the parties' responses to the Court's order to show cause and concludes that Maria Maldinado does not have standing to prosecute the claims on behalf of the estate of Manzo. Plaintiffs argue that Perla Ruiz, the guardian *ad litem* for Anahi Manzo (Jesus Manzo's daughter), authorized Maria Maldinado to proceed on behalf of Anahi Manzo. The Court agrees that Anahi Manzo is likely Jesus Manzo's successor in interest pursuant to the laws of intestate succession. Plaintiffs' argument, however, is problematic for the reasons below. First, the Court notes that Perla Ruiz was never officially named guardian *ad litem* for Anahi Manzo for the purposes of this case. If she wishes to proceed as

guardian *ad litem,* she must file an application to do so before the magistrate judge. Second, Plaintiffs provide no legal support for the proposition that a guardian *ad litem* may summarily authorize another to act as successor in interest to these claims. The Court therefore GRANTS Defendants' motion for summary judgment on the claims brought by the estate of Manzo and DISMISSES these claims without prejudice. Maria Maldinado is also dismissed from this action without prejudice. The proper party to proceed with the claims on behalf of the estate of Manzo may amend the complaint to do so on or before October 24, 2008.

IT IS SO ORDERED.

DATED: September 29, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge